## FLETCHER v. THE STATE.

(Decided June 16, 1914. Rehearing denied June 30, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

PARKS & PRESTWOOD, for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

THOMAS, J.—Affirmed on the authority of *Fletcher v. State, infra,* 180, 65 South. 83.

(This cause was reversed and remanded by the Supreme Court in *Ex parte Fletcher,* 66 South. 148.)

---

## ANDREWS v. THE STATE.

(Decided June 18, 1914.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

J. E. Z. RILEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed on the authority of *Watts v. State,* 8 Ala. App. 664; 63 South. 18.

---

## SOUTHERN EXPRESS CO. v. THE STATE.

(Two Cases)

(Decided June 3, 1914.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

BANKHEAD & BANKHEAD, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Affirmed on the authority of *So. Ex. Co. v. State,* 10 Ala. App. 665, 65 South. 844.